| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>    Plaintiff,<br><br>v.<br><br>**[1] HENRY DIAZ-RIVERA,**<br>    Defendant. | **CRIMINAL NO. 17-217 (FAB)** |

### OPPOSITION TO MOTION FOR SENTENCE REDUCTION
### BASED ON FIRST STEP ACT OF 2018

TO THE HONORABLE COURT:

**COMES NOW** the United States of America, herein represented through its attorneys and very respectfully submits the following response:

The government agrees with the proposed Report and Recommendation in its entirety. Defendant's request for relief under the First Step Act should be denied, among other reasons, because:

(1) He was sentenced for his drug trafficking offense after August 3, 2010 (and he therefore already obtained any benefit of the Fair Sentencing Act modifications). *See* Section 404 of the First Step Act. Moreover, his conviction was for powder cocaine (not crack cocaine), the sentences for which were not modified by the First Step Act. *See United States v. Jones*, No. 94-CR-00090, 2019 WL 1586814, at *1 (M.D. Tenn. Apr. 12, 2019) (noting that First Step Act "permits the retroactive reduction of certain drug trafficking sentences, [but] applies only to those convicted of crack cocaine offenses").

(2) He was sentenced for his firearm offense prior to December 21, 2018. *See* Section 403 of the First Step Act (modifying certain consequences of an 18 U.S.C. § 924(c) conviction if the "sentence for the offense has not been imposed as of" December 21, 2018).

1

**WHEREFORE**, the United States of America respectfully submits that the defendant is ineligible for a sentence reduction pursuant to the First Step Act of 2018, and respectfully requests that the Court summarily deny the Defendant's Motion.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 18th day of March 2020.

**W. Stephen Muldrow**
United States Attorney

/S/ JONATHAN E. JACOBSON
Jonathan E. Jacobson - G02706
Assistant United States Attorney
United States Attorney's Office
District of Puerto Rico
Torre Chardón, Suite 1201
350 Carlos Chardón Avenue
San Juan, Puerto Rico 00918
Tel: (787) 772-3975
Email: jonathan.jacobson@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to defense counsel as stated below and by regular mail to: Henry Diaz, Registry # 44824-069, FCI Fort Dix, P.O. Box 2000, Fort Dix, NJ 08640.

*S/JONATHAN E. JACOBSON*
*Jonathan E. Jacobson*
*U.S.D.C. # G02706*
*Assistant United States Attorney*