# United States Court of Appeals
## For the First Circuit

---

No. 18-1461

UNITED STATES OF AMERICA,

Appellee,

v.

HENRY DÍAZ-RIVERA,

Defendant, Appellant.

---

**JUDGMENT**

Entered: April 20, 2020

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Puerto Rico.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: Henry Díaz-Rivera's sentence is affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc:
Alex Omar Rosa-Ambert
Henry Diaz-Rivera
Mariana E. Bauza Almonte
Juan Carlos Reyes-Ramos
Antonio Perez-Alonso